In the Matter of LESTER MARTIN, Respondent, against COLUMBIA PICTURES CORPORATION, Appellant.

Submitted January 3, 1955; decided January 6, 1955.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 307 N. Y. 922.]

In the Matter of the Claim of PETER MASTRODONATO, Respondent, against PFAUDLER Co. et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.

Submitted January 3, 1955; decided January 6, 1955.

Motion to amend remittitur granted, return of remittitur requested and, when returned, it will be amended by adding thereto an award of costs to movants-appellants in this court and in the Appellate Division against the respondent Workmen's Compensation Board. [See 307 N. Y. 592.]